■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS STEWART, Appellant. [984 NYS2d 281]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered July 13, 2010. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Carni and Whalen, JJ.